IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DIANE WALTON and AMANDA PALISENO, on behalf of herself and all others similarly situated,<br><br>          Plaintiffs,<br>v.<br><br>HILL'S PET NUTRITION, INC.,<br><br>          Defendant. | Case No. 2-19-cv-02101 |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW the Plaintiffs in the above-styled action and hereby voluntary dismiss, without prejudice, their Complaint filed in the above-styled action.

Respectfully submitted this the 1st day of March, 2019.

/s/Isaac Diel
Isaac Diel  KS# 14376
**Sharp McQueen PA**
Financial Plaza
6900 College Boulevard Suite 285
Overland Park, Kansas 66211
Tel: (913) 661-9931
Fax: (913) 6619935
idiel@sharpmcqueen.com

Gary E. Mason (pro hac to be filed)
Danielle L. Perry (pro hac to be filed)
**WHITFIELD BRYSON & MASON, LLP**
5101 Wisconsin Avenue NW, Ste. 305
Washington, DC 20016
Tel: 202-640-1168
Fax: 202-429-2294
gmason@wbmllp.com
dperry@wbmllp.com

Attorneys for the Plaintiffs and Class

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served electronically upon all counsel of record via the CM/ECF system on this 1st day of March, 2019.

/s/Isaac Diel
Isaac Diel  KS# 14376
**Sharp McQueen PA**
Financial Plaza
6900 College Boulevard Suite 285
Overland Park, Kansas 66211
Tel: (913) 661-9931
Fax: (913) 6619935
idiel@sharpmcqueen.com